
# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON<br><br>               Respondent,<br><br>v.<br><br>JOSHUA M. REAVELEY,<br><br>               Appellant. | No. 70224-6-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION<br><br>FILED: |

PER CURIAM – Joshua Reaveley appeals the sentence imposed following his conviction for second degree burglary. He contends, and the State concedes, that the State failed to prove the comparability of two out-of-state convictions included in his offender score. The parties agree that accelerated review is appropriate and that we must remand for resentencing, including an evidentiary hearing on the comparability of the out-of-state offenses. See State v. Lopez, 147 Wn.2d 515, 520, 55 P.3d 609 (2002). We accept the concession, accelerate review, and remand for resentencing consistent with this opinion.

FOR THE COURT: _____